**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Washington Parish Clerk
22nd Judicial District Court
P. O. Box 607
Franklinton, LA 70438

9590 9402 8681 3310 6338 93

2. Article Number (Transfer from service label)
7020 3160 0000 9985 4077

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Michelle
☐ Agent
☐ Addressee

B. Received by (Printed Name): Michelle Johnson
C. Date of Delivery: 9/19/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 26 2025

CAROL L. MICHEL
CLERK

25-1709 "T" (5)

United States Postal Service
Sender: Please print your name, address, and ZIP+4® in this box•

U.S. District Court
500 Poydras Street, Rm. C-151
New Orleans, LA 70130